United States District Court
Southern District of Texas
**ENTERED**
March 11, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL ACTION NO. 4:20-636-2 |
| | § | |
| DANTE NAVA | § | |

## ORDER RESETTING PSI DEADLINES

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing (Doc. No. 52)(sealed). The Court GRANTS the motion and enters the following new schedule:

1. The investigation and preparation of the pre-sentence report be completed by **June 24, 2022**

2. Counsel shall file objections in writing to the report (including the alleged facts of the offense and applicability to the sentencing guidelines) by **July 15, 2022**
If there is no objection, likewise a statement signed by Counsel and the Defendant shall be filed.

3. After further investigation, the pre-sentence officer shall submit a final report by **July 29, 2022**

4. This case is set for sentencing at **8:30 AM** on before United States District Judge Andrew S. Hanen. **August 8, 2022**

SIGNED at Houston, Texas, this _11th_ day of March 2022.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE